# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE MICHAEL COX, | 3:03-CV-0651-PMP (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 14, 2005 |
| E.K. McDANIEL, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' Motion for Leave to Depose Incarcerated Person (Doc. #98) is **GRANTED**. Defendants can depose Plaintiff either in person or by telephone. Defendants shall provide Plaintiff a copy of the deposition transcript at Defendants' expense.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk