# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:03-CV-0651-PMP (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 31, 2006 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI        REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion to Compel (Doc. #145). Attached to the Motion as Exhibit B is a "meet and confer letter".

LR 26-7(b) provides that "Discovery motions will not be considered unless a statement of moving counsel is attached thereto certifying that, after personal consultation and sincere effort to do so, counsel have been unable to resolve the matter without court action."

The "meet and confer letter" attached to Defendants' Motion does not constitute a personal consultation and sincere effort to resolve this matter without court action.

Defendants' Motion to Compel (Doc. #145) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
        Deputy Clerk