# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:03-CV-0651-PMP (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 5, 2006 |
| E.K. McDANIEL, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Reconsider Cancellation of Oral Deposition/Medical Restriction "Ambulatory" Records on File (Doc. #163).

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reconsider Cancellation of Oral Deposition/Medical Restriction "Ambulatory" Records on Filed (Doc. #163) is **DENIED**.

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk